

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DEN    R. COLORADO

SEP 5 - 2006

Civil Action No. 06-cv-01566-BNB

CLERK

FRAYNE AERON WISKUS,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
U.S. DEPT. OF JUSTICE,
FBOP,
WARDEN SHERROD,
A. W. GARCIA,
SIS LT. BAKER,
SIS LT. SNIDER,
R&D MR. ESPINOZA, L-E Unit Mgr.,
MS. LEWELLYN, L-E Unit Counselor,
MS. TABOR, C.O. Property Officer,
MR. FORD, Co-Conspirator,
S. LEYBA, Legal Instruments Examiner,

     Defendants.

---

## ORDER TO CURE DEFICIENCY

---

     Plaintiff Frayne Aeron Wiskus is a prisoner incarcerated at the Federal Correctional Institution at Waseca, Minnesota.  Mr. Wiskus initiated this action by filing *pro se* in the United States District Court for the District of Minnesota (District of Minnesota) a civil rights complaint.  He paid the $350.00 filing fee.  In an order filed on August 4, 2006, the District of Minnesota transferred the action to this court.

     The court has reviewed Mr. Wiskus's complaint and finds that the complaint is deficient because it was not filed on the proper form approved for use by prisoners in this court.  Mr. Wiskus will be directed to cure this deficiency if he wishes to pursue his

claims in this court in this action.  Accordingly, it is

ORDERED that Mr. Wiskus cure the deficiency identified in this order **within thirty (30) days from the date of this order**.  It is

FURTHER ORDERED that the clerk of the court mail to Mr. Wiskus, together with a copy of this order, two copies of the following form:  Prisoner Complaint.  It is

FURTHER ORDERED that if Mr. Wiskus fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED September 5, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01566-BNB

Frayne A. Wiskus
Reg. No.07010-46
FCI
P.O. Box 5700
Adelanto, CA 92301

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  9-5-06

GREGORY C. LANGHAM, CLERK

By:

Deputy Clerk